**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 5, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00603-CV

## LONGWOOD VILLAGE HOMEOWNERS' ASSOCIATION INC., Appellant

## V.

## DARREN SCHLUTER; MICHAEL LANDRY; AND EDWARD FURLONG, Appellees

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-29908**

## MEMORANDUM OPINION

This is an appeal from an order signed October 8, 2021. On February 17, 2022, we abated this case to allow the parties to engage in settlement discussions.

On March 21, 2022, appellant filed a motion to reinstate the case and

dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Appellant further requested that we issue the mandate early. *See* Tex. R. App. 18.1(c). The motion is granted.

We reinstate the case and dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.